# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  PHILLIP L. KEPNER & JANE E. KEPNER            Case Number: 07-70016
        301 S. FERRY ST.                              SSN-xxx-xx-8665 & xxx-xx-8216
        ROCKTON, IL  61072

Case filed on: 1/4/2007
Plan Confirmed on: 6/8/2007

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $5,287.50          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 1,889.45 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 1,889.45 | 0.00 |
| 999 | PHILLIP L. KEPNER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMCORE BANK NA | 13,266.23 | 13,157.00 | 1,558.78 | 597.80 |
| 002 | MIDWEST PARTNERS FEDERAL CREDIT UNION | 5,700.13 | 5,603.00 | 653.78 | 254.64 |
| 003 | TAYLOR BEAN & WHITAKER MORTGAGE | 9,369.06 | 9,369.00 | 0.00 | 0.00 |
| 004 | WFS FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 28,335.42 | 28,129.00 | 2,212.56 | 852.44 |
| 001 | AMCORE BANK NA | 0.00 | 109.23 | 0.00 | 0.00 |
| 002 | MIDWEST PARTNERS FEDERAL CREDIT UNION | 0.00 | 97.13 | 0.00 | 0.00 |
| 005 | ASPIRE VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | SMC | 627.06 | 627.06 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CHASE CREDIT CARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CITY OF CHICAGO DEPARTMENT OF REVENUE | 950.00 | 950.00 | 0.00 | 0.00 |
| 010 | DELL FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HARTSOUGH DERMATOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | HUNTER PROPERTIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MANHATTAN DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | TSYS TOTAL DEBT MANAGEMENT | 377.09 | 377.09 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 738.18 | 738.18 | 0.00 | 0.00 |
| 016 | ROCKFORD CHRISTIAN SCHOOLS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | U.S. DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | WELLS FARGO FINANCIAL | 951.89 | 951.89 | 0.00 | 0.00 |
| 019 | PHYLLIS KEPNER | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CHICAGO LAKE SHORE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | DR. MARTIN PAISNER | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | SPRINT NEXTEL - DISTRIBUTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | U.S. CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 3,644.22 | 3,850.58 | 0.00 | 0.00 |
|  | Grand Total: | 34,979.64 | 34,979.58 | 4,102.01 | 852.44 |

Total Paid Claimant:    $4,954.45
Trustee Allowance:      $333.05          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00           discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just. Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

                                         /s/ Lydia S. Meyer
                                         Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008         By  /s/Heather M. Fagan